Matthew A. Holian (SBN 211728)
DLA Piper LLP (US)
33 Arch Street, 26th floor
Boston, MA 02110-1447
Telephone: (617) 406-6009
Facsimile: (617) 406-6109
Email: Matt.Holian@dlapiper.com

George J. Gigounas (SBN 209334)
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone: (415) 615-6005
Facsimile: (415) 659-7305
Email: George.Gigounas@dlapiper.com

Attorneys for Defendant
Pfizer Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS BROWNFIELD,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PFIZER, INC.<br><br>　　　　　　　Defendant. | Case No.: 3:16-cv-01182-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO RESPOND TO COMPLAINT** |

On December 11, 2015, several Plaintiffs, without opposition, moved the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and coordinate 15 actions, including any "tag-along" actions, in the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §1407.  Defendants agree that coordination is appropriate and that the Northern District of California is a suitable venue.  *See* Case MDL No. 2691, Dkt. 1 through 1-4.

On December 28, 2015, with briefing essentially complete in support of Plaintiffs' unopposed motion to transfer, the parties jointly moved the JPML for expedited consideration of Plaintiffs' unopposed motion on the January 28, 2016 hearing session.  *See* Case MDL No. 2691, Dkt. 16.

On December 29, 2015, the motion for expedited consideration was denied by the JPML. *See* Case MDL No. 2691, Dkt. 19.  Plaintiffs' motion to transfer will be heard at the next JPML hearing, on March 31, 2016 in Santa Barbara.

Defendant Pfizer Inc.'s current deadline to respond to the complaint in this matter is April 5, 2016.  The parties have not previously requested an extension of time for any deadlines in this matter.

To avoid unnecessary pleadings and provide the JPML with the time it requires to rule on the parties' pending motion to transfer, Defendant Pfizer Inc. and Plaintiff Thomas Brownfield wish to stipulate to extend Pfizer's deadline to respond to the Complaint until sixty (60) days after a ruling by the JPML on Plaintiffs' motion to transfer.

Based on the foregoing and pursuant to Civil L.R. 6-2 of the Northern District of California, the parties stipulate and agree to extend Pfizer's deadline to respond to Plaintiff's complaint in this matter until sixty (60) days after the JPML rules on Plaintiffs' motion to transfer, described above.

////
////
////
////
////

| | | |
|---|---|---|
| 1 | DATED: March 22, 2016 | By:____/s/ Rachel B. Abrams_____ |
| 2 | | Rachel B. Abrams (SBN 209316) |
| | | Meghan E. McCormick (SBN 283853) |
| 3 | | LEVIN SIMES LLP |
| | | 44 Montgomery Street, 32nd Floor |
| 4 | | San Francisco, CA 94104 |
| 5 | | Telephone: (415) 426-3000 |
| | | Facsimile: (415) 426-3001 |
| 6 | | Email: rabrams@levinsimes.com |
| | | Email: mmccormick@levinsimes.com |

Ernest Cory
Kristian W. Rasmussen
Lauren S. Miller
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com
Email: krasmussen@corywatson.com
Email: lmiller@corywatson.com

*Attorneys for Plaintiff*

DATED: March 22, 2016        By:____/s/ Matthew A. Holian_____
Matthew A. Holian (SBN 211728)
DLA PIPER LLP (US)
33 Arch Street, 26th floor
Boston, MA 02110 -1447
Telephone: (617) 406-6009
Facsimile: (617) 406-6109
Email: Matt.Holian@dlapiper.com

George J. Gigounas (SBN 209334)
DLA PIPER LLP (US)
555 Mission Street Suite 2400
San Francisco, California 94105-2933
Telephone: (415) 615-6005
Facsimile: (415) 659-7305
Email: George.Gigounas@dlapiper.com

*Attorneys for Pfizer Inc.*

1  I, Matthew A. Holian, am the ECF user whose identification and password are being used to file
2  the foregoing Stipulation And [Proposed] Order Continuing Deadline To Respond To Complaint.
3  I hereby attest that the above-referenced signatory to this stipulation has concurred in this filing.
4
5                                                  /s/ Matthew A. Holian
6                                                  MATTHEW A. HOLIAN

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS ORDERED:

The time for Defendant Pfizer Inc. to respond to Plaintiff's complaint in this action is continued until sixty (60) calendar days after the Judicial Panel on Multidistrict Litigation ("JPML") issues its ruling on Plaintiffs' pending motion to transfer and coordinate 15 actions, including any "tag-along" actions, in the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §1407.

Dated: 3/23, 2016

By: /s/ Richard Seeborg
Honorable Richard Seeborg
United States District Court Judge